| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>JOEL D. SMITH (SBN 244902)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>    *Telephone No:*  925-300-4455<br><br>    *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>Smith v. LeRoche Benicoeur | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*  RACHEL SMITH, individually and on behalf of all others similarly situated<br>*Defendant:*  LEROCHE BENICOEUR d/b/a CONCEIVEEASY | | |

| | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-04202-VKD |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the See Attached List of All Documents Served; .

3. a.  Party served:      LEROCHE BENICOEUR d/b/a CONCEIVEEASY
   b.  Person served:    KAREN FREEMAN, OWNER

4. *Address where the party was served:*   1130 FREMONT BOULEVARD #301, SEASIDE, CA 93955

5. *I served the party:*
   a. **by substituted service.**   On: Mon, Aug 01 2022 at: 11:39 AM by leaving the copies with or in the presence of:
   JOHN DOE , Clerk, UPS Store , Hispanic , Male , Age: 20s , Hair: Black , Height: 5'7" , Weight: 170 .

   (1)  [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [X]  (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*7438522*
*(7915029)*
**Page 1 of 2**

| Attorney or Party without Attorney: <br> JOEL D. SMITH (SBN 244902) <br> Bursor & Fisher, P.A. <br> 1990 N California Blvd Suite 940 <br> Walnut Creek, CA 94596 <br>   Telephone No:   925-300-4455 <br><br>   Attorney For:   Plaintiff | Ref. No. or File No.: <br> Smith v. LeRoche Benicoeur | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ||||
| Plaintiff: RACHEL SMITH, individually and on behalf of all others similarly situated <br> Defendant: LEROCHE BENICOEUR d/b/a CONCEIVEEASY ||||
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:22-cv-04202-VKD |

**6. Person Who Served Papers:**
   a. Hector Garcia, Monterey #100 ()
   **b. FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   **d. The Fee** for Service was: 223.19
   **e.** I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



08/01/2022
(Date)                                   (Signature)



| Attorney or Party without Attorney: <br> JOEL D. SMITH (SBN 244902) <br> Bursor & Fisher, P.A. <br> 1990 N California Blvd Suite 940 <br> Walnut Creek, CA 94596 <br> *Telephone No:* 925-300-4455 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> Smith v. LeRoche Benicoeur | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* RACHEL SMITH, individually and on behalf of all others similarly situated <br> *Defendant:* LEROCHE BENICOEUR d/b/a CONCEIVEEASY | | |

| **PROOF OF SERVICE** <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:22-cv-04202-VKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the See Attached List of All Documents Served; .

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Aug 1, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: LEROCHE BENICOEUR d/b/a CONCEIVEEASY
      1130 FREMONT BOULEVARD, #301 SEASIDE, CA 93955

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Aug 1, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   b. **FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: 223.19
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

08/01/2022
(Date)                                    (Signature)

