UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHEL SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>LEROCHE BENICOEUR, et al.,<br><br>        Defendants. | Case No.  22-cv-04202-VKD<br><br>**ORDER SETTING DEADLINES AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

In the parties' October 11, 2022 joint case management statement, defendants propose to file by October 25, 2022, among other things, a response to plaintiff's amended complaint. *See* Dkt. No. 12 at 2. The case management statement indicates that plaintiff does not object to defendants' proposal. *Id*. Construing the case management statement as a stipulated request, it is so ordered. Defendants' response to the amended complaint shall be filed by **October 25, 2022**.

By **October 25, 2022**, defendants shall also file a "Consent or Declination to Magistrate Judge Jurisdiction" form[1] indicating whether they consent to or decline magistrate judge jurisdiction. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

The initial case management conference is continued to **November 15, 2022, 1:30 p.m.** An updated case management statement shall be filed by **November 8, 2022**. All other related deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/

1  (Dkt. No. 5) are adjusted accordingly.

2  **IT IS SO ORDERED.**

3  Dated: October 12, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge