**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com
          jsmith@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEROCHE BENICOEUR a/ka LEROCHE BENECOEUR CONSUMER HEALTHCARE, LBC HEALTH GROUP, CONCEIVE MEDIA, CONCEIVEEASY, INC., MARY WHITTAKER, and MIREILLE ROUSSEAU<br><br>Defendants. | Case No. 5:22-cv-04202-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL; CASE NO. 5:22-cv-04202-EJD

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses <u>without prejudice</u> her individual claims against all defendants currently remaining in this case.

Dated:  January 31, 2023     **BURSOR & FISHER, P.A**.

By:   */s/ Joel D. Smith*
Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           jsmith@bursor.com

*Attorneys for Plaintiff*